W.D.N.Y.
19-cv-6327
Wolford, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-one.

Present:
> Jon O. Newman,
> Rosemary S. Pooler,
> Raymond J. Lohier, Jr.,
>   *Circuit Judges*.

---

Selvin Fernando Gonzales Garcia, 215-766-923 Buffalo Federal Detention Facility, 4250 Federal Drive Batavia, NY 14020,

  *Petitioner-Appellee*,

v.    20-1113

Merrick B. Garland, Attorney General, et al.,

  *Respondents-Appellants*.

---

Appellee moves to dismiss the appeal as moot and for vacatur of the district court's amended judgment. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the matter is remanded to the district court, and that court is instructed to dismiss the action as moot.* *See Associated Gen. Contractors of Connecticut, Inc. v. City of New Haven*, 41 F.3d 62, 67 (2d Cir. 1994). The government agrees with this disposition.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

---

\* We construe Appellee's present motion as a timely notice of appeal from the amended judgment, giving us jurisdiction to review that judgment. *See Smith v. Barry*, 502 U.S. 244, 248 (1992) (treating "informal brief" filed in court of appeals as timely notice of appeal); *Boguslavsky v. S. Richmond Sec., Inc.*, 225 F.3d 127, 129 n.1 (2d Cir. 2000) (per curiam) (appellate brief).